UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLINGTON JOHN VRONTISIS, | No. 2:20-cv-0005 WBS KJN P |
| Plaintiff, | |
| v. | ORDER |
| DEPUTY JURKIEWICZ, et al., | |
| Defendants. | |

Plaintiff, a Shasta County inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 14, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

////

1. The findings and recommendations filed April 14, 2020, are adopted in full; and

2. This action is dismissed without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  May 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/vron0005.800